PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
Sep 12, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>A SAMSUNG GALAXY S8+ GSM SMARTPHONE, IMEI357751083415114, AND ACCOMPANYING SD CARD; AND LG MN-270BEACON CELL PHONE | CASE NO: 2:21-SW-0344-AC<br><br>ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

    Upon application of the United States of America and good cause having been shown,

    IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: September 12, 2023

_____
The Honorable Allison Claire
UNITED STATES MAGISTRATE JUDGE

ORDER TO UNSEAL SEARCH WARRANT